UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZOND, LLC,

       Plaintiff,

v.

SK HYNIX INC.,
SK HYNIX AMERICA INC., and
SK HYNIX MEMORY SOLUTIONS INC.,

       Defendants.

CIVIL ACTION NO. 13-cv-11591-RGS

## STIPULATED MOTION FOR DISMISSAL

Zond, LLC ("Zond") and Defendants SK hynix Inc., SK hynix America Inc. and SK hynix memory solutions Inc., (collectively, "SK hynix") pursuant to Federal Rule of Civil Procedure 41, hereby move for an order dismissing all claims by Zond against SK hynix in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

An agreed-upon Proposed Order of Dismissal has been lodged concurrently herewith.

Dated: May 29, 2014

Respectfully submitted,

| Zond, LLC | SK HYNIX INC., SK HYNIX AMERICA INC., AND SK HYNIX MEMORY SOLUTIONS INC. |
|---|---|
| By its counsel, | By its counsel, |
| /s/ David C. Radulescu | /s/ Christine Saunders Haskett |
| David C. Radulescu, Ph.D. | Martin F. Murphy (BBO No. 363250) |
| Tigran Vardanian | Benjamin F. Nardone (BBO No. 676370) |
| Etai Lahav | Foley Hoag LLP |
| Gregory S. Maskel | Seaport World Trade Center West |
| Daniel Kesack | 155 Seaport Boulevard |
| RADULESCU LLP | Boston, Massachusetts 02210-2600 |
| 136 Madison Ave, 6th Floor | Tel: 617-832-1000 |

New York, NY 10016
646-502-5950
david@radulescullp.com
tigran@radulescullp.com
etai@radulescullp.com
greg@radulescullp.com
daniel@radulescullp.com

David S. Godkin (BBO#196530)
Andrew A. Caffrey III (BBO#660481)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA  02210
617-307-6100
godkin@birnbaumgodkin.com
caffrey@birnbaumgodkin.com

Fax: 617-832-7000
mmurphy@foleyhoag.com
bnardone@foleyhoag.com

Robert T. Haslam
Covington & Burling LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone: 650-632-4700
rhaslam@cov.com

Christine Saunders Haskett
Covington & Burling LLP
1 Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
chaskett@cov.com

Alan H. Blankenheimer
Laura E. Muschamp
Chris Whittaker
Covington & Burling LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: 858-678-1800
ablankenheimer@cov.com
lmuschamp@cov.com
cwhittaker@cov.com

Hankil Kang
Kindra M. Baer
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington DC 20004
Telephone: 202-662-6000
hkang@cov.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document and associated attachment filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                                      /s/ *David C. Radulescu*
                                      David C. Radulescu